UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:19-cv-07165-JLS-JPR                          Date: August 23, 2019
Title: Nelson Osmin Tejada Palacios v. Kevin McAleenan et al.

Present: **<u>Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE</u>**

<u>Terry Guerrero</u>                                                  <u>N/A</u>
Deputy Clerk                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 4-5) AND (2) DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 4)**

On August 16, 2019 Petitioner filed a Petition for Writ of Habeas Corpus challenging his detention by Respondents, who are various federal officials responsible for enforcing immigration policy.  (Petition, Doc. 4.)  Petitioner contemporaneously filed an Ex Parte Application for Temporary Restraining Order seeking immediate relief. (App., Doc. 4-5.)  Respondents filed an Opposition to the Application.  (Opp., Doc. 8.) On August 20, 2019, the Court ordered Petitioner to reply to several points raised in the Opposition.  (Order for Reply, Doc. 9.)  On August 22, 2019, Petitioner timely filed his Reply.  (Reply, Doc. 10.)

The Petition challenges only Petitioner's *detention pending removal*; it does not challenge the underlying order of removal.  (*See* Petition at 7.)  In his Reply, Petitioner represents that he has been removed from the United States to El Salvador.  (Reply at 6.) He is therefore no longer in Respondents' custody, and his request for relief is moot. Accordingly, the Court DENIES the Application and DISMISSES the Petition.

Initials of preparer: tg